UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.F., as Parent and Natural Guardian of K.C., a minor, and M.F., Individually,

                              Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

20 Civ. 1109 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Plaintiff filed the complaint in this action on February 7, 2020. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. It is hereby ORDERED that the plaintiff advise the Court in writing why plaintiff failed to serve the Summons and Complaint within the 90-day period, or, if plaintiff believes that the defendant has been served, when and in what manner such service was made. It is further ORDERED that if the Court does not receive any written communication from plaintiff by **October 16, 2020**, showing good cause why such service was not made within 90 days, the Court will dismiss the claims against defendant.

SO ORDERED.

                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: October 2, 2020
        New York, New York