UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.F., as Parent and Natural Guardian of K.C., a minor, and M.F., Individually,

                              Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

20 Civ. 1109 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       Plaintiff filed the complaint in this action on February 7, 2020.  Dkt. 1. Plaintiff failed to serve the Summons and Complaint within the 90-day period required by Rule 4(m) of the Federal Rules of Civil Procedure.  On October 2, 2020, the Court issued an order to show cause why the plaintiff failed to timely serve the Summons and Complaint.  Dkt. 2.  On October 16, the plaintiff responded to the order stating that there was good cause as to why plaintiff failed to timely serve the Summons and Complaint, specifically due to COVID-19 related issues.  Dkt 4.

       Finding good cause shown, plaintiff's time to serve defendant New York City Department of Education is hereby extended to October 23, 2020.

       SO ORDERED.

                                              *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: October 19, 2020
       New York, New York